**Electronically Filed
Supreme Court
SCWC-12-0000773
14-APR-2015
09:57 AM**

SCWC-12-0000773

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KAPELI MIKA LAFAELE,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000773; S.P.P. NO. 10-1-0084; CR. NO. 06-1-1590)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ., and
Circuit Judge Nakasone, in place of Pollack, J., recused,
and Circuit Judge Garibaldi, in place of Wilson, J., recused)

Petitioner/Petitioner-Appellant Kapeli Mika Lafaele's

application for writ of certiorari filed on March 11, 2015, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 14, 2015.

Shawn A. Luiz
for petitioner

Donn Fudo for
respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Colette Y. Garibaldi

/s/ Karen T. Nakasone

